AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00353 |
| Kyle Travis Colton | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 12/13/2023 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ___Kyle Travis Colton___,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. §1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building .

Date: ___12/13/2023___                                   *Zia M. Faruqui*
                                                        Issuing officer's signature

City and state: ___Washington, D.C.___                  Zia M. Faruqui, U.S. Magistrate Judge
                                                        Printed name and title

---

### Return

This warrant was received on (date) ___12/13/2023___, and the person was arrested on (date) ___12/15/2023___
at (city and state) ___Folsom, CA___.

Date: ___12/15/2023___                                  *[signature]*
                                                        Arresting officer's signature

                                                        Special Agent Harpreet S. Dulai
                                                        Printed name and title

