UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **KYLE TRAVIS COLTON,** <br>         **Defendant.** | Case no. 23-mj-353 |

## **ORDER**

This matter having come before the Court pursuant to a Motion to Continue, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the hearing scheduled for May 21, 2024, is continued to July 30, 2024, at 1:00 PM; and it is further

ORDERED that the period of time between May 21, 2024, and July 30, 2024, shall be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

 **SO ORDERED.**

Washington, D.C.                 HONORABLE MOXILA A. UPADHYAYA
May 16, 2024                   United States Magistrate Judge